D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94114
Telephone: (415) 404-6615
Facsimile:  (415) 404-6616
gill@sperleinlaw.com

Attorneys for Sara Browalski

# UNITED STATES DISTRICT COURT
# FOR THE NORTER DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA ELAINE BROWALSKI<br><br>Plaintiff,<br>v.<br><br>JEREMY MICHAEL SULLIVAN<br><br>Defendant. | CASE №:  3:14-cv-03181 JD<br><br>**NOTICE THAT MATTER HAS BEEN UNDER SUBMISSION FOR MORE THAN 120 DAYS** |

Pursuant to Local Rule 7-13, the Plaintiff respectfully notifies the Court that it has been more than 120 days since the Court took Defendant's Motion to Dismiss [Dkt. No. 19] under submission. Plaintiffs' counsel contacted Defendant, who is pro se, by e-mail on March 25, 2015 to inquire as to whether he would join in this notice, but he did not respond to that inquiry.

Respectfully submitted,

Dated: *March 25, 2015*            */s/ Gill Sperlein*

                                   GILL SPERLEIN
                                   THE LAW OFFICE OF GILL SPERLEIN
                                   Attorneys for Plaintiff Sara Browalski

-1-
NOTICE THAT MATTER HAS BEEN UNDER SUBMISSION MORE THAN 120 DAYS
3:14-cv-03181 JD