D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Sara Browalski

# UNITED STATES DISTRICT COURT
# FOR THE NORTHER DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA ELAINE BROWALSKI<br><br>Plaintiff,<br>v.<br>JEREMY MICHAEL SULLIVAN<br>Defendant. | CASE №: 3:14-cv-03181 JD<br><br>**THIRD STIPULATION TO STAY PROCEEDINGS AND EXTEND DEADLINE TO RESPOND TO ORDER TO SHOW CAUSE FOR ONE ADDITIONAL WEEK AND [PROPOSED] ORDER]** |

**WHEREAS**, the Court issued an Order to Show Cause as to why this matter should not be transferred to the district Court of Michigan with responses due on September 28, 2015; and

-1-

**WHEREAS**, the Parties previously filed Stipulations to Stay Proceedings in order to explore settlement which the Court granted, admonishing the parties that no further stays would be granted; and

**WHEREAS** the Parties represent to the Court that they have diligently pursued in settlement negotiations which have been fruitful, and have agreed to the majority of terms and reduced those terms to a comprehensive settlement agreement, but have not yet finalized terms required to verify compliance with the agreement, but anticipate being able to come to an agreement on verification terms shortly;

**WHEREAS** the Parties are both individuals who do not have the support, means, or time that a business enterprise would have to devote to settlement discussions and one of the Parties is not represented by counsel;

**WHEREAS** the Parties have negotiated in earnest and exchanged multiple revisions of draft settlement agreements back and forth;

**WHEREAS** transferring this matter to a new court in another jurisdiction on the cusp of settlement would be a waste of judicial and individual resources and could disrupt the balance that has enabled the parties to reach their current positions;

**WHEREAS** the Parties respectfully request that the Court reconsider its previous admonition and stay the proceedings for one additional week while the Parties finalize settlement discussions and execute the written agreement.

**THEREFORE**, the Parties do hereby **STIPULATE** as follows,

The Parties request that the Court stay the proceedings for one additional week while the Parties finalize settlement discussions.

**SO STIPULATED**

Dated: *10/29/15*

/s/ D. Gill Sperlein

D. GILL SPERLEIN

Counsel for plaintiff, Sara Browalski

Dated: 10/29/15

JEREMY SULLIVAN

Defendant, pro per

### [PROPOSED] ORDER

In light of the parties' representations re settlement discussions, the Court continues the deadline to respond to its order to show cause (Dkt. No. 37) until November 6, 2015

Dated: _____

JAMES DONATO
UNITED STATES DISTRICT JUDGE