D. GILL SPERLEIN, SBN 172887
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, CA 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Sara Browalski

# UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SARA ELAINE BROWALSKI | CASE №: 3:14-cv-03181 JD |
| Plaintiff, | NOTICE OF SETTLEMENT; |
| v. | STIPULATION TO STAY PROCEEDINGS ONE MONTH |
| JEREMY MICHAEL SULLIVAN | WHILE PARTIES IMPLEMENT THE SETTLEMENT TERMS; AND |
| Defendant. | [PROPOSED] ORDER |

**WHEREAS**, the Court previously issued an Order to Show Cause as to why this matter should not be transferred to the district Court of Michigan; and

**WHEREAS,** that Order prompted the Parties to engage in settlement discussions; and

**WHEREAS,** those settlement discussions have proved successful and the Parties have executed a settlement agreement, but whereas the provisions of the Settlement Agreement will take approximately twenty-one days to complete; and

-1-

**WHEREAS,** the Parties have executed a Stipulated Voluntary Dismissal with Prejudice which Plaintiffs' attorney will fill once the terms of the settlement are implemented;

**THEREFORE,** the parties do hereby **STIPULATE** as follows,

The Parties stipulate and request that the Court stay the proceedings for one additional month while the Parties implement the conditions of the Settlement Agreement.

**SO STIPULATED**

Dated: 11/6/15

/S/ D. Gill Sperlein
D. GILL SPERLEIN
Counsel for plaintiff, Sara Browalski

Dated: 11/6/15

JEREMY SULLIVAN
Defendant, pro per

**[PROPOSED] ORDER**

Having considered the stipulation of the Parties and finding good cause therefore, IT IS SO ORDERED.

Dated: _____

_____
JAMES DONATO
UNITED STATES DISTRICT JUDGE