UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ELAINE BROWALSKI,<br><br>    Plaintiff,<br><br>  v.<br><br>JEREMY MICHAEL SULLIVAN,<br><br>    Defendant. | Case No.  14-cv-03181-JD<br><br>**ORDER CONDITIONALLY DISMISSING CASE** |

The Court is advised that the parties have settled.  Dkt. No. 44.  Consequently, the Court vacates all deadlines and dismisses this case without prejudice.  If any party certifies to the Court within forty-five days from the date of this order that the agreed consideration for the settlement has not been delivered, this order will be vacated and the Court will promptly decide the transfer issue.  If no certification is filed, the dismissal will be with prejudice after the passage of the forty-five days.

**IT IS SO ORDERED.**

Dated: November 9, 2015

_____
JAMES DONATO
United States District Judge